# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 10 AM 8:46

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| LAISI O. KADRI, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| HANSFORD T. JOHNSON, Acting Secretary of the Navy, | CASE NO: 03-2562 Ml/V |
| Defendant. | |

### FINAL JUDGMENT ON JURY VERDICT

**JURY VERDICT.** This action came to consideration before the Court for a trial by jury. The issues have been tried and the jury duly rendered its verdict in favor of the Plaintiff on May 9, 2005.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that a judgment in the amount of $8,000 be and is hereby entered in favor of the Plaintiff Laisi O. Kadri and against Defendant Hansford T. Johnson, Acting Secretary of the Navy; said judgment being comprised of compensatory damages in the amount of $8,000.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

MAY 9, 2005
_____
DATE

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-12-05

56

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:03-CV-02562 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Robin H. Rasmussen
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Harriett Miller Halmon
167 North Main, Suite 800
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Emily B Bjorkman
APPERSON CRUMP & MAXWELL PLC
6000 Poplar Ave
Ste. 400
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT